```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

R. Stephen Heinrichs,

     Plaintiff,

    v.                                   Case No. 2:13-cv-929
                                                   JUDGE GRAHAM

George Dunn, et al.,

     Defendants.


ORDER OF RECUSAL

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

                                             s/ James L. Graham
                                             JAMES L. GRAHAM
                                             United States District Judge

DATE: September 20, 2013